# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELTA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRE HEALTH CORP., DRE HEALTH CORPORATION, AHMED ISAAC BAWANY, and SACATELLE HOLDINGS, LLC, <br><br> Defendants. | Civil Action No.: <br> 1:21-cv-01687-WMR |

## AMENDED NOTICE OF ASSIGNMENT OF CLAIMS

COMES NOW Plaintiff Delta Medical Systems, Inc. ("Plaintiff" or "Delta Medical") and hereby files this Amended Notice of Assignment of Claims and respectfully shows the Court and Defendants as follows:

The co-owners of the trademark in suit (U.S. Trademark Reg. No. 2,824,773), Delta Medical Supply Group, Inc. and Atlanta Safety Products, Inc. f/k/a Delta Hospital Supply, Inc., have assigned any rights they have in the trademark infringement claims asserted against Defendants in this lawsuit to Plaintiff, Delta Medical Systems, Inc. A copy of the Trademark Claim Assignment Agreement is attached to this notice as Exhibit "A". Pursuant to the Assignment Agreement,

Plaintiff Delta Medical is the sole entity with the rights to bring the claims as set forth in this lawsuit.

Respectfully submitted this 23rd day of July, 2021.

> **BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
>
> /s/ L. Clint Crosby
> L. Clint Crosby
> Georgia Bar No. 197877
> Dorian B. Kennedy
> Georgia Bar No. 404385
> Kseniya 'Nicole' Kuprovska
> Georgia Bar No. 608840
> 3414 Peachtree Road NE, Suite 1500
> Atlanta, GA 30326
> Phone: 404-577-6000
> Facsimile: 404-221-6501
> ccrosby@bakerdonelson.com
> dkennedy@bakerdonelson.com
> nkuprovska@bakerdonelson.com
>
> *Counsel for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the fonts and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C) and 7.1(D).

Respectfully submitted this 23rd day of July, 2021.

                                                  **BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

                                                  /s/ L. Clint Crosby
                                                  L. Clint Crosby
                                                  GA Bar No. 197877
                                                  ccrosby@bakerdonelson.com

                                                  *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed this *Amended Notice of Assignment of Claims* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 23rd day of July, 2021.

        **BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

        /s/ L. Clint Crosby
        L. Clint Crosby
        GA Bar No. 197877
        ccrosby@bakerdonelson.com

        *Counsel for Plaintiff*